UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALBERTA GREEN, | ) Case No. EDCV 05-1125-OP |
| Plaintiff, | ) |
| | ) JUDGMENT |
| v. | ) |
| MICHAEL J. ASTRUE,[1] Commissioner of Social Security, | ) |
| | ) |
| Defendant. | ) |

Pursuant to the Memorandum Opinion; Order of the United States Magistrate Judge,

///
///
///

---

[1] On February 12, 2007, Michael J. Astrue became the Commissioner of the Social Security Administration. Thus, Michael J. Astrue is substituted for Commissioner JoAnne B. Barnhart pursuant to Federal Rule of Civil Procedure 25(d)(1).

1  IT IS ADJUDGED that Judgment be entered affirming the decision of the
2  Commissioner, and dismissing this action with prejudice.

3
4
5  DATED: April 29, 2008
6  _____
   HONORABLE OSWALD PARADA
   United States Magistrate Judge
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28